1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES WILLIAMS,

Petitioner,

v.

JAMES WALKER, Warden,

Respondent.

)
)
)
)
)
)
)
)
)
)
)
)

No. C 09-3194 MMC (PR)

**ORDER OF DISMISSAL;
GRANTING LEAVE TO PROCEED
IN FORMA PAUPERIS**

(Docket No. 2)

On July 14, 2009, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  For the reasons set forth below, the Court finds the petition is subject to dismissal because petitioner has not sought or obtained authorization to file a second or successive petition under 28 U.S.C. § 2244(b)(3).

**BACKGROUND**

In 2003, in Alameda County Superior Court, a jury found petitioner guilty of eight counts of second degree robbery, each with an enhancement for personal use of a firearm, and two counts of possession of a firearm by a felon.  The trial court sentenced petitioner to a term of forty-nine years in state prison.

Thereafter, in 2006, petitioner filed in this district a habeas corpus petition challenging his 2003 conviction and sentence.  See Williams v. Malfi, No. 06-5825 MMC (PR).  By order filed August 25, 2009, this Court denied the petition on the merits.  See id. Docket No. 39.

By the instant petition, petitioner claims that this Court engaged in "extrajudicial

1    misconduct" by failing to render a fair and impartial decision on his first federal habeas

2    petition, Case No. 06-5825.  (See Pet. at 6.)

3                                                    **DISCUSSION**

4           Where a claim presented in a second or successive habeas corpus petition under

5    28 U.S.C. § 2254 has been presented in a prior petition, such claim must be dismissed.

6    28 U.S.C. § 2244(b)(1).  Where a claim presented in a second or successive habeas corpus

7    petition under § 2254 has not been presented in a prior petition, such claim likewise must be

8    dismissed, unless:  (1) the claim relies on a new rule of constitutional law, made retroactive

9    to cases on collateral review by the Supreme Court, or (2) the factual predicate for the claim

10   could not have been discovered previously through the exercise of due diligence, and the

11   facts underlying the claim would be sufficient to establish by clear and convincing evidence

12   that, but for constitutional error, no reasonable fact-finder would have found the petitioner

13   guilty of the underlying offense.  Id. § 2244(b)(2).  Before a second or successive habeas

14   petition may be filed in the district court, the petitioner must first obtain from the Court of

15   Appeals an order authorizing the district court to consider the petition.  Id. § 2244(b)(3)(A).

16          By the instant petition, petitioner seeks, in essence, to challenge the same conviction

17   that the Court ruled on in the prior petition.  Accordingly, the instant petition is successive to

18   the prior petition.  Petitioner may not proceed with his petition until he has sought and

19   obtained from the Ninth Circuit Court of Appeals an order authorizing him to file a second or

20   successive petition in the district court.  Accordingly, the instant petition will be dismissed

21   without prejudice to petitioner's refiling the petition if he obtains the necessary order.

22          In light of petitioner's lack of funds, the application to proceed in forma pauperis will

23   be granted.

24                                                  **CONCLUSION**

25          For the reasons stated above, the petition is hereby DISMISSED, pursuant to 28

26   U.S.C. § 2244(b) and without prejudice, as a second or second successive petition.

27   //

28   //

United States District Court
For the Northern District of California

2

The application to proceed in forma pauperis is hereby GRANTED.

This order terminates Docket No. 2.

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: December 9, 2009

MAXINE M. CHESNEY
United States District Judge

**United States District Court**
For the Northern District of California