IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES WILLIAMS,

                               No. CV-09-3194  MMC (PR)

          Petitioner,

                                 **JUDGMENT IN A CIVIL CASE**

   v.

JAMES WALKER, Warden,

          Respondent.

_____/

       **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

       **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

       **IT IS SO ORDERED AND ADJUDGED** the petition is hereby DISMISSED, pursuant to 28 U.S.C. § 2244(b) and without prejudice, as a second or second successive petition.

Dated: December 9, 2009                         Richard W. Wieking, Clerk

                                             *Tracy Lucero*

                                             By: Tracy Lucero
                                             Deputy Clerk